IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARILYNN PHILLIPS | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. WMN-15-639 |
| HERITAGE IMPORTS, INC., | : | |
| Defendant | : | |

## JOINT STIPULATION
## OF
## DISMISSAL (WITH PREJUDICE)

The parties, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal, signed by all parties who have appeared in the action, dismissing the case with prejudice.  Fed. Rule 41(a)(1)(ii).

Dated: January 25, 2016

| | |
|---|---|
| MARILYNN PHILLIPS | HERITAGE IMPORTS, INC. |
| PLAINTIFF | DEFENDANT |
| MAXWELL BARKE & ZUCKERMAN, LLC. | CARR MALONEY P.C. |
| 51 Monroe Pl., Suite 806 | 2000 L Street, Suite 450 |
| Rockville, Maryland 20850 | Washington, D.C. 20036 |
| (301)309-8300 | (202)310-5500 |
| email@maxlaw.us | Tm@carrmaloney.com |
| | Mb@carrmaloney.com |
| By: _____/s/_____ | By: _____/s/_____ |
| Joel R. Zuckerman, Fed. Bar No. 12730 | Thomas McCally, Fed. Bar No. 6716 |
| | Matthew Berkowitz, Fed. Bar No. 17999 |

Approved, this _____ day of _____, 2016.

_____
Judge, United States District Court
For the District of Maryland